**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

SHILEEN LANGE, on behalf of herself and all others similarly situated,

Plaintiff,

v.

J. B. HUNT TRANSPORT SERVICES, INC.,

Defendant.

Civil Action No. 5:26-cv-05298-TLB

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Shileen Lange ("Plaintiff"), by and through her undersigned counsel, hereby gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that she voluntarily dismisses this action, including all claims asserted therein, against Defendant J. B. Hunt Transport Services, Inc. ("Defendant") without prejudice. No action based on or including the same claims has been previously dismissed by Plaintiff, and Defendant has not served an answer or a motion for summary judgment.

No class has been certified in this action. This dismissal is without prejudice to the claims of any putative class member.

Respectfully submitted,

Joshua Sanford (Ark. Bar ID # 2001037)
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Tel: (501) 221-0088
josh@sanfordlawfirm.com

Mariya Weekes (*pro hac vice* forthcoming)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

*Attorneys for Plaintiff and the Putative Class*